**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 10-2128**

—————

LUIS R. QUINONEZ,

                  Plaintiff – Appellant,

            v.

COMMONWEALTH OF VIRGINIA, Division of Child Support
Services; VALERIE CUFFEE; LEWIS, and other employees of
DCSE and JDR Court System,

                  Defendants - Appellees.

—————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leonie M. Brinkema,
District Judge. (1:10-cv-00991-LMB-IDD)

—————

Submitted: January 13, 2011          Decided: January 18, 2011

—————

Before MOTZ, KING, and WYNN, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Luis R. Quinonez, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis R. Quinonez appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Quinonez v. Virginia, No. 1:10-cv-00991-LMB-IDD (E.D. Va. filed Sept. 1 & entered Sept. 2, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED